# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

### 2025 ND 145

In the Matter of the Adoption of A.B.G.R., a minor child

J.R., and R.R.,                                         Petitioners and Appellees

     v.

A.T., Jr.,                                              Respondent and Appellant

### No. 20250232

In the Matter of the Adoption of A.R.G.-R., a minor child

J.R., and R.R.,                                         Petitioners and Appellees

     v.

A.T., Jr.,                                              Respondent and Appellant

### No. 20250233

Appeal from the District Court of Pembina County, Northeast Judicial District, the Honorable Kari M. Agotness, Judge.

AFFIRMED.

Per Curiam.

Robert C. Fleming, Cavalier, ND, for petitioners and appellees; submitted on brief.

Samuel A. Gereszek, Grand Forks, ND, for respondent and appellant.

**Adoption of A.B.G.R. and A.R.G.-R.**
**Nos. 20250232 and 20250233**

**Per Curiam.**

[¶1]   A.T., Jr., appeals from an order finding he abandoned his biological children, A.B.G.R. and A.R.G.-R., and terminating his parental rights. He argues the district court erred when it found he failed without justifiable cause to communicate with the children and to provide for their care and support. *See* N.D.C.C. § 14-15-01(1)(a) (defining the term "abandon" for purposes of adoption proceedings). The court's findings are not clearly erroneous. *See In re Adoption of K.J.C.*, 2016 ND 67, ¶ 7, 877 N.W.2d 62 ("The trial court's findings of fact in an adoption proceeding, including whether a parent has abandoned a child, will not be reversed on appeal unless they are clearly erroneous."). We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
        Daniel J. Crothers
        Lisa Fair McEvers
        Jerod E. Tufte
        Douglas A. Bahr

1